■ WILLIAM IRBY, Appellant, v CITY OF NEW YORK, Respondent.—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Vinik, J.), dated August 17, 1990, which set aside a jury's verdict on damages in the total amount of $500,000, and directed a new trial thereon unless the plaintiff stipulated to reduce the verdict to the total amount of $300,000, which, upon the jury's apportionment of fault in the

happening of the accident of 65% against the defendant and 35% against the plaintiff, resulted in a recovery for the plaintiff in the principal sum of $195,000.

Ordered that the order is affirmed, with costs.

The 70-year-old plaintiff suffered a fractured ankle when he tripped and fell on a broken sidewalk. We agree with the Supreme Court that the jury verdict was excessive to the extent indicated (see, Perrone v City of New York, 140 AD2d 594; see also, Graham v Murphy, 135 AD2d 326). Thompson, J. P., Rosenblatt, Miller and Pizzuto, JJ., concur.